**JS–6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE HARPER<br><br>    Plaintiff(s),<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY , et al.<br><br><br><br>    Defendant(s). | CASE NO:<br>2:14−cv−09359−FMO−E<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: July 20, 2015           /s/ *Fernando M. Olguin*
                               Fernando M. Olguin
                               United States District Judge